IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY NICHOLS, | No. C-15-3564 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |
| v. | |
| WELLS FARGO BANK, N.A. a National Association, | |
| Defendant. | |

On August 31, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the complaint, filed August 3, 2015.

**IT IS SO ORDERED.**

Dated: September 9, 2015

MAXINE M. CHESNEY
United States District Judge