IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY NICHOLS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., a National Association,<br><br>　　　　Defendant.<br>_____/ | No. C-15-3564 MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

　　　By order filed September 9, 2015, the Court directed plaintiff Mary Nichols to submit a chambers copy of her complaint, the matter having been reassigned to the undersigned on August 31, 2015. To date, plaintiff has failed to comply with the Court's order.

　　　Plaintiff is hereby DIRECTED to comply with the Court's order of September 9, 2015, by immediately submitting a copy of her complaint. Plaintiff is advised that failure to comply may result in the imposition of monetary or other sanctions.

　　　**IT IS SO ORDERED.**

Dated: October 7, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge