IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY NICHOLS, | No. C-15-3564 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| WELLS FARGO BANK, N.A., a National Association, | |
| Defendant. / | |

By order filed October 27, 2015, the Court dismissed plaintiff Mary Nichols' complaint, with leave to amend no later than November 20, 2015.  Plaintiff has not filed an amended complaint within the time provided.

Accordingly, the above-titled action is hereby DISMISSED, without further leave to amend.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated:  November 24, 2015

MAXINE M. CHESNEY
United States District Judge